UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 NOV 13 AM 11:25



| UNITED STATES OF AMERICA, | CASE NO. 08CR3547-JAH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOSE APOLONIO ALCARAZ (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u>X</u>  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 13, 2008

LEO S. PAPAS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____